# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                                3:93cr3010/LAC

**JORGE MALAGON, SR.**

---

## ORDER

The defendant has filed a notice of appeal of this court's order denying his motion for a writ of error coram nobis. (Doc. 64 & 66). It does not appear that a certificate of appealability is required under the circumstances of this case. See *Finkelstein v. Spitzer,* 455 F.3d 131, 132 (2nd Cir. 2006) (citing *United States v. Baptiste*, 223 F.3d 188, 189 n.1 (3rd Cir. 2000)); *United States v. Guerra*, 187 Fed. Appx. 414, 415 (5th Cir. 2006); cf. *Galatolo v. United States*, 196 Fed. Appx. 854 (11th Cir. 2006) (denying certificate of appealability where § 1651 motion was construed as impermissible second or successive § 2255 motion); *United States v. Sullivan*, 2005 WL 2090236 (11th Cir. 2005) (same). Therefore, to the extent that defendant's notice of appeal is properly construed as a request for a certificate of appealability,[1] defendant's request is denied as unnecessary. See *Guerra*, 187 Fed.Appx. at 415.

Defendant has filed an "affidavit accompanying motion for leave to proceed in forma pauperis," which the court construes as a motion for leave to so proceed. The court finds that the appeal is not taken in good faith and he is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall therefore pay the $455.00 filing fee within thirty

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).

days.

DONE AND ORDERED this 18th day of May, 2011.


*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**